UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MICHAEL ANGELO SERRATO,**  )
                                          )
          Petitioner,  )  No. CV 09-3958 ABC (AJW)
                                  )
     vs.                 )  JUDGMENT
                                  )
**SHERIFF LEROY BACA,**     )
                                  )
          Respondent.  )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 8/10/09

                                              _____
                                              Audrey B. Collins
                                              United States District Judge